IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01041-CMA-KLM

EARL WILLIAM CAMPBELL, JR.,

Plaintiff,

v.

KEVIN MILYARD, Warden,
DR. FLOYD POHLMAN, M.D.,
DR. GAGEN SINGH, M.D.,
DR. PAULA FRANTZ, M.D.,
KATHERN RITTENHOUSE, P.A.C.,
BRIAN R. WEBSTER, PAC, and
SERGEANT JOHNSON, LU-3,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -7 2010

GREGORY C. LANGHAM
                    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. Service has previously been effected on Defendants Milyard, Pohlman, Singh, Frantz, Rittenhouse and Johnson.

IT IS HEREBY **ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Brian R. Webster, PAC, at the following addresses: **c/o Steven Hillis, 730 Sharar Ct., P.O. Box 100315, Cape Coral, Florida 33904**; and **13613 S.E. Highway 70, Arcadia, Florida 34266**. If unable to do so, the United States Marshal shall serve a copy of the Amended Complaint, Final Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant

Webster at the above addresses. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

IT IS FURTHER **ORDERED** that Defendant Webster or his counsel shall respond to the Final Complaint [Docket No. 123] as provided for in the Federal Rules of Civil Procedure after service of process on him.

DATED: September 7, 2010 at Denver, Colorado.

BY THE COURT:

s/ Kristen L. Mix
Kristen L. Mix
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01041-CMA-KLM

Earl William Campbell, Jr.
Prisoner No. 43916
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Brian Webster

Patrick L. Sayas, Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Christopher Kenneth Miller
Attorney at Law
**DELIVERED ELECTRONICALLY**

Sheryl K. Gunstream
Attorney at Law
**DELIVERED ELECTRONICALLY**

Christine Anne Craigmile
Attorney at Law
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Brian Webster: AMENDED COMPLAINT FILED 09/03/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 09/07/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk