IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-01041-CMA-KLM

EARL WILLIAM CAMPBELL, JR.,

    Plaintiff,

v.

KEVIN MILYARD,
DR. FLOYD POHLMAN, M.D.,
DR. GAGAN SINGH, M.D.,
DR. PAULA FRANTZ, M.D.,
KATHERN RITTENHOUSE, P.A.C.,
BRIAN WEBSTER, P.A.C.,
JOANN STOCK, P.A.C., and
SERGEANT JOHNSON, LU-3,

    Defendants.

## ORDER ADOPTING AND AFFIRMING OCTOBER 15, 2010 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the October 15, 2010 Recommendation by the United States Magistrate Judge that Plaintiff's Combined Affidavit and Motion for a Preliminary Injunction; Temporary Restraining Order and/or for Any Relief Deemed Appropriate by the Court (Doc. # 118) be DENIED, that Defendant Milyard's Motion to Dismiss the Final Complaint (Doc. # 119) be GRANTED, and that the case against him be dismissed with prejudice (Doc. # 137). The Recommendation is incorporated herein by reference.  See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.

(Doc. # 137 at 20.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes that the Magistrate Judge's analyses and recommendations are correct and that "there is no clear error on the face of the record."  *See* Fed. R. Civ. P. 72(b) advisory committee's note.  Therefore, the Court ADOPTS the Report of the Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is:

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 137), filed October 15, 2010, is ACCEPTED, and, for the reasons cited therein, Plaintiff's motion (Doc. # 118) is DENIED and Defendant Milyard's motion to dismiss (Doc. # 129) is GRANTED.  Accordingly, the case against Defendant Milyard is DISMISSED WITH PREJUDICE.

DATED:  December __08__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge